# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 8, 2016

151292(95)

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

LAKELAND HOSPITALS AT NILES
AND ST. JOSEPH, INC.,
    Plaintiff-Appellee,

v

             SC: 151292
             COA: 318440
AUTO-OWNERS INSURANCE   Berrien CC: 12-000067-NF
COMPANY,
    Defendant-Appellant,

and

HOME-OWNERS INSURANCE
COMPANY,
    Defendant.

_____/

   On order of the Court, the motion for reconsideration of this Court's November 25, 2015 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 8, 2016



Clerk

p0229